Sweet, J

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CANON INC., <br><br> Plaintiff, <br><br> v. <br><br> ONLINETECHSTORES.COM, INC., <br><br> Defendant. | Case No.: 1:12-cv-00563-RWS |

### [PROPOSED] ORDER

Having reviewed the Joint Motion to Lift Stay and found it to be supported by good cause, the Motion is GRANTED. The proceedings in this action are reopened so that the parties may file an agreed to Stipulation, Consent Judgment and Permanent Injunction.

It is SO ORDERED this 1st day of May, 2012.

_____
THE HONORABLE ROBERT W. SWEET
United States District Court Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/12